IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00624-REB-BNB

JAMES PAGE,

Plaintiff,

v.

MARK FURMER,
JUDY BULLARD,
GARY GOLDER,
MICHAEL GILBERT, and
ANTHONY A. DECESARO,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **State Defendant Judy Bollard's Motion for Leave to File Answer Out of Time** (the "Motion"), filed on August 2, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accepted the attached Answer for filing.


DATED:  August 2, 2005