IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00624-REB-BNB

JAMES PAGE,

    Plaintiff,

v.

MARK FURMER,
JUDY BOLLARD,
GARY GOLDER,
MICHAEL GILBERT, and
ANTHONY A. DECESARO,

    Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#50], filed January 10, 2006; and (2) the **Recommendation of United States Magistrate Judge** [#51], filed January 10, 2006.  No objections having been filed to either recommendation, I review them only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition of the motions at issue, I find and conclude that the recommendation should be approved and adopted.

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#50], filed January 10, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Recommendation of United States Magistrate Judge** [#51], filed January 10, 2006, is **APPROVED AND ADOPTED** as an order of this court;

3. That the **State Defendants' Motion for Summary Judgment (Supporting Authorities Included Herein)** [#32], filed August 24, 2005, is **GRANTED IN PART**;

4. That **Defendant DeCesaro's Motion for Summary Judgment or In the Alternative Motion to Dismiss Complaint** [#17], filed July 28, 2005, is **GRANTED IN PART**;

5. That the motions are **GRANTED** with respect to plaintiff's Claims One and Two, and those claims are **DISMISSED WITH PREJUDICE;**

6. That the motions are otherwise **DENIED**;

7. That I will decline to exercise supplemental jurisdiction over the remaining state law claim, and accordingly plaintiff's Claim Three is **DISMISSED WITHOUT PREJUDICE**;

8. That judgment **SHALL ENTER** against plaintiff, James Page, and in favor of defendants Mark Farmer, Judy Bullard, Gary Golder, Michael Gilbert, and Anthony A. DeCesaro as to plaintiff's Claims One and Two; and

9. That defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.Colo.LCivR. 54.1.

Dated January 27, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**